# EXHIBIT C

DocuSign Envelope ID: 39552F4E-7CB1-4858-B2C0-0AA7952BB90C

# AMENDMENT TO WALL RACER LICENSE AGREEMENT

This Amendment to Wall Racer License Agreement ("Amendment") is made and entered into as of November 8, 2019, by and between H. Peter Greene, Jr., and the Estate of Leonard Clark, Jr. (collectively "Licensor"), and Spin Master Ltd. ("Spin Master" or "Licensee").

WHEREAS, the Wall Racer License Agreement entered as of 8 August 2004 by and between Leonard Clark, Jr., H. Peter Greene, Jr., and Spin Master, (the "License") remains in force and effect; and

WHEREAS, Licensor and Licensee desire to amend the License as stated herein and to expressly recite the U.S. Patents that are issued as of this date and are subject to the License;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Licensor and Licensee agree as follows:

1. The License is hereby amended to the extent, and only to the extent, that Paragraph 18(b) of the License is revised to read as follows:

    (b) In the event of infringement of any patent that may be issued on the ITEM, LICENSEE shall have the sole option to elect to prosecute or not prosecute a suit for infringement. If LICENSEE elects to prosecute such suit, it shall have the right to select and direct legal counsel and shall pay all legal fees and costs of prosecution, and any recovery, whether by judgment, settlement or otherwise, shall belong exclusively to LICENSEE, provided that any recovery for lost profits (net of actual expenses incurred by LICENSEE in connection with prosecuting the claim) shall be subject to the full royalty rate of five percent (5%) payable to LICENSOR pursuant to section 4.2 hereof. Licensor agrees to cooperate fully and in good faith in pursuing any such infringement claims.

2. Licensor and Licensee acknowledge and agree that the rights granted to Licensee in the License include, but are not limited to, rights to prosecute suits for infringement of the following United States Patents:

    U.S. Patent Number 7,753,755
    U.S. Patent Number 7,890,916
    U.S. Patent Number 8,979,609
    U.S. Patent Number 9,675,897
    U.S. Patent Number 10,398,995.

3. This Amendment may be executed in multiple counterparts, each of which shall be deemed an original and all of which, taken together, shall constitute one and the same instrument.

DocuSign Envelope ID: 39552F4E-7CB1-4858-B2C0-0AA7952BB90C

Executed copies of this Agreement may be exchanged by facsimile transmission or by email via .pdf format with the same force and effect as originals.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first written above.

**SPIN MASTER LTD.**

By: *Christopher Harrs* (DocuSigned, 45EF5B0976DB49E...)
Name: Chris Harrs
Title: Executive Vice President, General Counsel


**H. PETER GREENE, JR.**


By: _____


**ESTATE OF LEONARD CLARK, JR.**

By: *Stephen Mershon*
　　Stephen Mershon
　　in his capacity as Administrator
　　of the Estate of Leonard Clark, Jr.



## Certificate Of Completion

Envelope Id: 39552F4E7CB14858B2C00AA7952BB90C  
Subject: Please DocuSign: 11.11.19 signed amendment - Clark Estate (002).pdf  
Source Envelope:  
Document Pages: 2  
Certificate Pages: 1  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Signatures: 1  
Initials: 0

Status: Completed  
Envelope Originator:  
Christopher Harrs  
ChrisH@spinmaster.com  
IP Address: 209.226.66.172

## Record Tracking

Status: Original  
    11/11/2019 2:20:13 PM

Holder: Christopher Harrs  
    ChrisH@spinmaster.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Christopher Harrs<br>chrish@spinmaster.com<br>EVP and General Counsel<br>Spin Master, Inc.<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Christopher Harrs*<br>45EF5B0976DB49E...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 209.226.66.172 | Sent: 11/11/2019 2:20:44 PM<br>Viewed: 11/11/2019 2:20:45 PM<br>Signed: 11/11/2019 2:22:09 PM<br>Freeform Signing |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Kevin Ainsworth<br>KAinsworth@mintz.com<br>IRA<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 11/11/2019 2:22:09 PM<br>Viewed: 11/11/2019 2:31:52 PM |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/11/2019 2:22:09 PM |
| Certified Delivered | Security Checked | 11/11/2019 2:20:45 PM |
| Signing Complete | Security Checked | 11/11/2019 2:22:09 PM |
| Completed | Security Checked | 11/11/2019 2:22:09 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

Executed copies of this Agreement may be exchanged by facsimile transmission or by email via .pdf format with the same force and effect as originals.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first written above.

**SPIN MASTER LTD.**

By:_____
Name: Chris Harrs
Title: Executive Vice President, General Counsel

**H. PETER GREENE, JR.**

By: *[signature]*

**ESTATE OF LEONARD CLARK, JR.**

By:  Stephen Mershon
     in his capacity as Administrator
     of the Estate of Leonard Clark, Jr.