Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., <br> *Plaintiffs* <br><br> v. <br><br> ACIPER, *et al.,* <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-6949 (VSB)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Spin Master Ltd. and Spin Master, Inc. ("Spin Master" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Elemusi, Magneticspace, Sikaye tech Inc, tabpole Direct, Totola Trading Inc, V-Best and Walsontopin the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: January 13, 2020                                  Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**

                                         BY:    _____
                                                Brieanne Scully (BS 3711)
                                                bscully@ipcounselors.com
                                                EPSTEIN DRANGEL LLP
                                                60 East 42nd Street, Suite 2520
                                                New York, NY 10165
                                                Telephone: (212) 292-5390
                                                Facsimile: (212) 292-5391
                                                *Attorneys for Plaintiffs*
                                                *Spin Master Ltd. and Spin Master,*
                                                *Inc.*


**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2020.


                                         _____
                                         Judge Vernon S. Broderick
                                         United States District Judge

2