Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle (Yamali) Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:  (212) 292-5391
*Attorneys for Plaintiffs*
*Spin Master Ltd. and Spin Master, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., <br><br>*Plaintiffs*<br><br>v.<br><br>ACIPER, ADA TOYZ, AHAHOO, AHIROT, AILA STORE, COLORFULWORLD6, CONTROL FUTURE DIRECT, DEWEER, ELEMUSI, ETCBUYS, FINALBASEDIRECT, FLYGLOBAL, FREE TO FLY, FUNDOM, GOSEAR, GOTECHOD DIRECT, JEICY, JINRONG HE, JJS TOYS, JOYFUN, JOYJAM, JSCOUT, JZD-US, KINGBOT-US, LALAGO, LANKEE, LIBERTY TRADING GB, LYNEE TOYS, MAGNETICSPACE, MAYZO, MI.MENG15, MXTRADE, NAMIGE, NEIL-US, NEW-LOOK, REIMOTKON-US, ROOYA BABY DIRECT, SIKAYE TECH INC, SUUKAA, TABPOLE DIRECT, TAIYUANSHIXINGHUALINGQUWANGYANJUNTIYUYONGPINGDIAN, TOCH DIRECT, TOTOLA TRADING INC, TOY CHEF, TSWA, TULAS, UM-S, UNIDARGON, V-BEST, WALSONTOP, WO FEI, YEYOJOY, YOUDI DIRECT and YUANBO,<br><br>*Defendants* | **CIVIL ACTION No.**<br>**19-cv-6949 (VSB)** |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT AND A PERMANENT INJUNCTION

PLEASE TAKE NOTICE THAT, that in accordance with the Court's Individual Local Rule 55.2(b) and Federal Rules of Civil Procedure 55(b)(2), Plaintiffs, by and through their undersigned counsel, moves for default judgment and a permanent injunction against the following Defendants: ACIPER, Ada Toyz, AHIROT, AILA Store, Colorfulworld6, FinalBaseDirect, Flyglobal, GotechoD Direct, jinrong he, Joyfun, Joyjam, JZD-US, KINGBOT-US, Lalago, lankee, Lynee toys, Mayzo, MXTRADE, namige, Neil-US, new-look, ROOYA BABY Direct, SUUKAA, taiyuanshixinghualingquwangyanjuntiyuyongpingdian, Toch Direct, TSWA, UM-S, UniDargon, Wo Fei, YEYOJOY and Youdi Direct ("Defaulting Defendants").

Dated:  April 21, 2022

                                                Respectfully submitted,

                                                EPSTEIN DRANGEL LLP

BY:    /s/ Danielle (Yamali) Futterman_____
         Danielle (Yamali) Futterman (DY 4228)
         dfutterman@ipcounselors.com
         60 East 42nd Street, Suite 2520
         New York, NY 10165
         Telephone:    (212) 292-5390
         Facsimile:     (212) 292-5391
         *Attorneys for Plaintiffs*
         *Spin Master Ltd. and Spin Master, Inc.*