UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ACIPER, *et al.*,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 19-cv-6949 (VSB)<br><br>NOTICE AND [PROPOSED]<br>ORDER FOR WITHDRAWAL OF<br>COUNSEL |

　　　　Pursuant to Local Civil Rule 1.4, upon the annexed declaration, and subject to the approval of the Court, Brett E. Lewis hereby withdraws as counsel of record for Defendant, SHENZHEN YONGLI HONGTAI INVESTMENT DEVELOPMENT CO., LTD. d/b/a JSCOUT and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

Dated: November 3, 2023
　　　　Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　　　　LEWIS & LIN, LLC

　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Brett Lewis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brett E. Lewis
　　　　　　　　　　　　　　　　　　　　　　　　　brett@ilawco.com
　　　　　　　　　　　　　　　　　　　　　　　　　77 Sands Street
　　　　　　　　　　　　　　　　　　　　　　　　　6th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11201
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (718) 243-9323
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (718) 243-9326

SO ORDERED: 11/8/2023

*/s/ Vernon S. Broderick*
Vernon S. Broderick
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and SPIN MASTER, INC., <br><br>      *Plaintiffs*, <br><br> v. <br><br> ACIPER, *et al.*, <br><br>      *Defendants*. | Case No.: 19-cv-6949 (VSB) <br><br> **DECLARATION OF BRETT E. LEWIS** |

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, the following:

1. I am a partner at the law firm of Lewis & Lin, LLC.

2. I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that as of May 24, 2022, we are longer retained as counsel for defendant, SHENZHEN YONGLI HONGTAI INVESTMENT DEVELOPMENT CO., LTD. d/b/a JSCOUT.

3. I am not retaining a charging lien.

Dated: November 3, 2023
    Brooklyn, New York

                          */s/ Brett Lewis*
                           Brett E. Lewis

## CERTIFICATE OF SERVICE

I, Brett E Lewis, herby affirm, under penalty of perjury, that copies of the foregoing Notice and Proposed Order of Withdrawal of Counsel, and the accompanying Declaration, have been duly served as of November 3, 2023 and were transmitted via the Court's CM-ECF system upon the following:

>Jason M. Dragel
>Epstein Drangel LLP
>60 East 42nd Street, Suite 2520
>New York, NY 10165
>jdrangel@ipcounselors.com
>
>Ashly Erin Sands
>Epstein Drangel LLP
>60 East 42nd Street, Suite 2520
>New York, NY 10165
>asands@ipcounselors.com
>
>Danielle S. Futterman
>Epstein Drangel LLP
>60 East 42nd Street, Suite 2520
>New York, NY 10165
>dfutterman@ipcounselors.com
>
>Gabriela N. Nastasi
>Epstein Drangel LLP
>60 East 42nd Street, Suite 2520
>New York, NY 10165
>gnastasi@ipcounselors.com
>
>*Attorneys for Plaintiffs*
>SPIN MASTER LTD. and SPIN MASTER, INC.

He Chang
Palmer Law Group, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33065
rcheng@palmerlawgroup.com

Tao Liu
Glacier Law LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
Tao.liu@glacier.law

Wei Yang
Glacier Law LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
Wei.yang@glacier.law

*Attorneys for Defendant*
REIMOTKON-US


Dated: November 3, 2023
       Brooklyn, New York

                                    LEWIS & LIN, LLC

                                    By: /s/ Brett Lewis
                                        Brett E. Lewis
                                    brett@ilawco.com
                                    77 Sands Street
                                    6th Floor
                                    Brooklyn, NY 11201
                                    Telephone: (718) 243-9323
                                    Facsimile: (718) 243-9326

## **CERTIFICATE OF SERVICE**

I, Brett E Lewis, herby affirm, under penalty of perjury, that copies of the foregoing Notice and Proposed Order of Withdrawal of Counsel, and the accompanying Declaration, have been duly served as of November 3, 2023 and were transmitted via email upon the following:

    Shenzhen Yongli Hongtai Investment Development Co., LTD. d/b/a Jscout
    64 Heping Road
    Shenzhen, Longhua District, Guangdong Province
    China
    1078474052@qq.com
    us@exunkeji.cn

    *Defendant*

Dated: November 3, 2023
       Brooklyn, New York

                      LEWIS & LIN, LLC

                      By: */s/ Brett Lewis*
                            Brett E. Lewis
                      brett@ilawco.com
                      77 Sands Street
                      6th Floor
                      Brooklyn, NY 11201
                      Telephone: (718) 243-9323
                      Facsimile: (718) 243-9326