UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SPIN MASTER, et al.,                                        :
                                                            :
                              Plaintiffs,                   :
                                                            :         19-CV-6949 (VSB)
             -against-                                      :
                                                            :              **ORDER**
ACIPER, et al.,                                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 21, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby:

ORDERED that by July 8, 2024, the parties meet and confer to discuss the issues raised at the conference, and file a joint letter informing me of the status of the case and the parties' proposed next steps.

SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge