```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SPIN MASTER, et al.,                                       :
                                                           :
                          Plaintiffs,                      :
                                                           :        19-CV-6949 (VSB)
                -against-                                  :
                                                           :             ORDER
ACIPER, et al.,                                            :
                                                           :
                          Defendants.                      :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' July 8, 2024 joint status letter pertaining to the June 11, 2024 show-cause order in this case. (Doc. 156 (order), Doc. 162 (letter).) The parties continue to contest the merits of whether Defendant Shenzhen Yongli Hongtai Investment Development Co., Ltd. f/k/a JScout ("JScout") is in civil contempt for violating the Court's May 24, 2022 Consent Judgment in this case. (Doc. 137.) Plaintiffs have requested further briefing to resolve this dispute and have proposed a briefing schedule. Defendant JScout agrees to Plaintiffs' proposed briefing schedule if the Court believes further briefing is appropriate.

The Court finds that further briefing is appropriate to resolve this matter.

Accordingly, JScout is directed to file a brief in opposition to a finding of contempt no later than July 31, 2024. Plaintiffs are directed to file a reply brief by August 21, 2024.

SO ORDERED.

Dated: July 10, 2024
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge